Carlton F. ANDERSON, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION & PAROLE, Appellee.

Supreme Court of Pennsylvania.

March 26, 2004.

**ORDER**

PER CURIAM:

AND NOW, this 26th day of March, 2004, probable jurisdiction is noted and the order appealed is affirmed.